UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2018 FEB 20 PM 2: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JORGE MENDOZA III,<br><br>               Defendant. | CASE NO. 16CR_____<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:
21:952,960 - Importation of Methamphetamine, Cocaine, Heroin and Fentanyl (1s-4s)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/1/18

_____
JUDGE WILLIAM Q. HAYES